## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: _____

_____

Debtor(s).

Case No. _____

Chapter _____

Trustee: _____

### AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1.    PETITION: _____ REOPENING: Yes _____ No _____ CONVERSION (13 to 7): Yes _____ No _____
      **When changing debtor's address, please file separate change of address form.**
      **When amending, please submit the changes/additions only!**

2.    SCHEDULES: A_____  B_____  C_____  D_____  E_____  F_____ G_____  H_____  I_____  J_____
      Are you changing the address, amounts, etc., or adding a creditor?
      **Changing ____    Adding ___ ($26 amendment fee required for D, E, & F.)**

3.    AMENDED AMOUNTS/TOTALS OF SCHEDULES: ____
4.    STATEMENT OF AFFAIRS: ____
5.    AMENDED CHAPTER 13 PLAN: ___

> If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee.  Fee attached_____
>
> If schedules D, E, F were amended but no creditors added no fee necessary.  No fee attached_____
> **Reason no fee is attached**_____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> _____/s/_____06/30/04_____          _____
> Debtor                                     Date                   Debtor                          Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)?  Yes _X__ No ___

_____/s/_____
ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

_____    341 Notice to creditors added by this amendment.
_____    Discharge Notice to creditors added by this amendment.
_____    Amended Chapter 13 Plan to all creditors.

___07/06/04_____                    _____/s/_____
DATED                                   ATTORNEY FOR DEBTOR(S)

Form B6F
(12/03)

In re __**Lisa Dawn Bybee**_____,    Case No. ___**04-27820**_____
Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H | W J | C |  |  |  |  |  |
| Account No. **5810514**<br><br>**Allied Data Corp.**<br>**13111 Westheimer, Suite 400**<br>**Houston, TX 77077-5547** | - |  |  |  | **2003-2004**<br>**Collection** |  |  |  | **974.08** |
| Account No. **3LSG000174**<br><br>**American Medical Collection Agency**<br>**2269 S. Saw Mill River Rd., Bldg#3**<br>**Elmsford, NY 10523** | - |  |  |  | **2003-2004**<br>**Collection** |  |  |  | **266.50** |
| Account No. **126-59042549**<br><br>**Dixie Regional Medical Center**<br>**544 S. 400 E.**<br>**Saint George, UT 84770** | - |  |  |  | **2002-2004**<br>**Services Rendered** |  |  |  | **3,750.45** |
| Account No. **251065462**<br><br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | - |  |  |  | **2003-2004**<br>**Services Rendered** |  |  |  | **824.21** |

___1___    continuation sheets attached

Subtotal
(Total of this page)    **5,815.24**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:27432-040520    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Lisa Dawn Bybee**                                              ,    Case No.    **04-27820**
                                   Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **01-060-42297-9**<br><br>**Zions First National Bank**<br>**Bankruptcy 232K5**<br>**P.O.Box 30709**<br>**Salt Lake City, UT 84130** | - | | | **2004**<br>**Overdraft Account** | | | | **1,665.54** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,665.54** |
| | Total<br>(Report on Summary of Schedules) | **7,480.78** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: _____

_____

Debtor(s).

Case No. _____
Chapter _____

Trustee: _____

AMENDED MATRIX

**File amended matrix with __ONLY__ the amended creditors.  File separate change of address form to change the debtor's address.**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.**  A certificate of mailing should be filed with the Clerk's office (see below).  **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page.  The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**        Adding_____    Correcting_____    Deleting_____
Please type the creditors' address(es) changes/additions below:
1)                                        2)



3)                                        4)



5)                                        6)



7)                                        8)


**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s):

____341 Notice            ____Discharge Notice

_____                    _____/s/_____
DATE                                ATTORNEY FOR DEBTOR(S)

Rev. 1/00